# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JERRY COX,

    Plaintiff,

v.                                                                    Case No: 8:18-cv-528-T-36TGW

GLOBAL TRUST MANAGEMENT LLC,
NATIONAL CREDIT ADJUSTERS, LLC
and FRANK TORRES,

    Defendants.
_____

## ENTRY OF DEFAULT

    Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **NATIONAL CREDIT ADJUSTERS, LLC** in Tampa, Florida on the 30th day of March, 2018.

                                                       ELIZABETH M. WARREN, CLERK

                                                       s/C.R., Deputy Clerk

Copies furnished to:

Counsel of Record